**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 17-1628

DERMETRIC PEARSON,

       Plaintiff - Appellant,

   v.

CROPP-METCALFE, INC.,

       Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Senior District Judge. (1:16-cv-01615-CMH-MSN)

Submitted: September 26, 2017           Decided: September 29, 2017

Before WILKINSON and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Dermetric Pearson, Appellant Pro Se. Edward Lee Isler, Lori Hunt Turner, ISLER DARE, PC, Vienna, Virginia; Frank Leo Kollman, KOLLMAN & SAUCIER, PA, Timonium, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dermetric Pearson appeals the district court's order granting the Defendant's motion to dismiss his amended civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Pearson v. Cropp-Metcalfe, Inc.*, No. 1:16-cv-01615-CMH-MSN (E.D. Va. filed May 5, 2017; entered May 9, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*